STATE, WILLIAM O. E. BOWNE, PROSECUTOR, v. ISAAC H. PIERSON ET AL.

This case involves substantially the same questions as those decided in the above case, relating to another road in the same township, and the conclusion is the same.

The motion to quash is refused, with costs.